IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GILARDO VILLA,

    Plaintiff,

v.                                              No. 23-cv-0998-MLG-KRS

TIM KELLER, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's *pro se* Letter Regarding Civil Rights Claims (Doc. 1) (Letter). The Letter indicates he wishes to file a 42 U.S.C. § 1983 prisoner civil rights complaint. On November 13, 2023, the Clerk's Office sent Plaintiff a blank § 1983 complaint and motion to proceed *in forma pauperis*, but he has not returned the forms. Plaintiff must file a complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings should include the case number (23-cv-0998-MLG-KRS), and mailing envelopes should be labeled as Legal Mail and include the inmate number. The failure to timely comply with each directive above may result in dismissal without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or, alternatively, submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

_____
UNITED STATES MAGISTRATE JUDGE